ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 28 2012

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUN 28 2012

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 6-28-12

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BUNCHE, | Case No. CV 11-10058-GHK (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| DEPT. OF CORRECTIONS, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: 6/26/12

GEORGE H. KING
UNITED STATES DISTRICT JUDGE