ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 28 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6 Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUN 28 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 6-28-12

DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ANTHONY BUNCHE,

   Petitioner,

vs.

DEPT. OF CORRECTIONS,

   Respondent.

Case No. CV 11-10058-GHK (RNB)

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: 6/26/12

GEORGE H. KING
UNITED STATES DISTRICT JUDGE